59 A.3d 1015

**Jennifer VASCO**

v.

**MARYLAND AUTOMOBILE INSURANCE FUND.**

**No. 103, Sept. Term, 2012.**

Court of Appeals of Maryland.

Jan. 23, 2013.

Richard H. Goldner of Simons & Goldner, P.A., Towson, MD, for petitioner.

Jack L. Hardwick of Hardwick & Harris, LLP, Baltimore, MD, for respondent.

Submitted before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA, and McDONALD, JJ.

## ORDER

The Court having considered and granted the petition for writ of certiorari in the above entitled case, it is this 23rd day of January, 2013,

ORDERED, by the Court of Appeals of Maryland, that this matter be, and it is hereby, remanded to the Circuit Court for Baltimore County so that an appropriate Order reflecting the settlement agreement may be entered.